UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RONALD THRASH, | |
| Petitioner, | |
| v. | CAUSE NO. 3:20-CV-268-JD-MGG |
| WARDEN, | |
| Respondent. | |

OPINION AND ORDER

Ronald Thrash, a prisoner without a lawyer, filed a habeas corpus petition challenging a prison disciplinary hearing (ISP 20-01-0286) held on February 12, 2020, where the Disciplinary Hearing Officer (DHO) found him guilty of possessing a controlled substance in violation of Indiana Department of Correction offenses B-202. (ECF 1 at 1.) As a result, he was sanctioned with a demotion in credit earning class, but the sanction was suspended. *Id*. As such, Thrash has not yet lost earned credit time as a result of that hearing.

A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary hearing did not result in the lengthening of the duration of Thrash's confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied. If, in the future, the suspended sanction is imposed, then he may file another habeas corpus petition.

For these reasons, the court DENIES the petition pursuant to Section 2254 Habeas Corpus Rule 4 and the case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on March 25, 2020

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT